# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Century Surety Company,

Plaintiff(s),

v.

Frontline Auto, LLC, et al.,

Defendant(s).

Case No. 22 C 4526
Judge Edmond E. Chang

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Declaratory judgment entered for the Plaintiff Century Surety Company and against Defendants Frontline Auto, LLC, and Salim Merza. The Plaintiff has no duty to defend or to indemnify the Defendants in the lawsuits filed by Mayan Ali (Case No. 2022-L-001671), Salim Merza (Case No. 2021-L-012276), and James Topps (Case No. 2022-L-05021) in the Circuit Court of Cook County.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Edmond E. Chang on a motion for judgment on the pleadings.

Date: 9/25/2024                    Thomas G. Bruton, Clerk of Court

                                   /s/ Michael Wing, Deputy Clerk